U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 2945

Gregory J. Ellis, individually as as the representative of a class of similarly-situated persons
v.
Toys "R" Us-Delaware, Inc. and Does 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Toys "R" Us-Delaware, Inc.

| NAME (Type or print) |  |
|---|---|
| Michael Dockterman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael Dockterman | |
| FIRM | |
| Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS | |
| 225 West Wacker Drive | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 3121675 | 312-2012652 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |