Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildmanharrold.com

Katherine K. Ivers
312-201-2927
ivers@wildman.com

Wildman Harrold
*Attorneys and Counselors*

**FILED**
JUN 30 2008
JUN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C 2945
Judge Hart

June 26, 2008

**BY FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel On Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002

Re: Toys "R" Us-Delaware, Inc. Fair and Accurate Credit Transactions Act Litigation

To Whom It May Concern:

In accordance with your request, we have enclosed the original and four copies of the signature pages of our Motion to Transfer and Memorandum In Support with the previously omitted date of signature. Also enclosed is a revised Schedule of Actions. We included Robert Schley as an additional plaintiff in the *Edwards* case.

Very truly yours,

Katherine K. Ivers

KKI/lw
cc: All Parties of Records (w/enclosures)

For these reasons, it is clear that the Central District of California is the most appropriate transferee forum and that the New Jersey and Illinois Actions should be transferred for pretrial coordination and consolidation before Judge Morrow.

## CONCLUSION

Toys "R" Us, – Delaware, Inc. respectfully requests that the Panel enter an order transferring the New Jersey and Illinois Actions to the Central District of California for pretrial coordination and consolidation wit the California Action pending before the Honorable Judge Morrow.

DATED:   June 24 2008.

Respectfully submitted,

TOYS "R" US-DELAWARE, INC.

By: _____
   One of Its Attorneys

Michael Dockterman (3121675)
Richard M. Hoffman (6204295)
Katherine K. Ivers (6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2000
FX: (312) 201-2555
Counsel for Defendant Toys "R" Us – Delaware, Inc.

DATED:   June 24, 2008.

Respectfully submitted,

TOYS "R" US-DELAWARE, INC.

By: _____
One of Its Attorneys

Michael Dockterman (3121675)
Richard M. Hoffman (6204295)
Katherine K. Ivers (6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2000
FX: (312) 201-2555
Counsel for Defendant Toys "R" Us – Delaware, Inc.

Before the Judicial Panel on Multidistrict Litigation
MDL - _____ - in re Toys "R" Us Delaware, Inc.
Fair Accurate Credit Transactions Act Litigation

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiffs:<br>Nicola Edwards, James Schley and Robert Schley<br>Defendants:<br>Toys "R" Us-Delaware, Inc. and Does 1-10 | C.D. California | 06 CV 08163 | Margaret M. Morrow |
| Plaintiff:<br>Mindy Miller<br>Defendants:<br>Toys "R" Us, Inc.; Toys "R" Us | D. New Jersey | 07 CV 01787 | Dennis M. Cavanaugh |
| Plaintiff:<br>Gregory J. Ellis<br>Defendants:<br>Toys "R" Us-Delaware, Inc. and Does 1-10 | N.D. Illinois | 08 CV 2945 | William T. Hart |