IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY J. ELLIS, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>TOYS "R" US-DELAWARE, INC. and DOES 1-10,<br><br>      Defendants. | No. 08 CV 2945<br><br>Judge William T. Hart<br>Magistrate Judge Maria G. Valdez |

## NOTICE OF MOTION

**TO:** Brian J. Wanca, Esq.
   ANDERSON & WANCA
   3701 Algonquin Road
   Suite 760
   Rolling Meadows, IL 60008

  **PLEASE TAKE NOTICE** that on the 30th day of July, 2008, at the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart, or any judge sitting in his stead, in the courtroom usually occupied by him (Room 2243) at The Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Defendant Toys "R" Us-Delaware, Inc.'s Agreed Motion for Entry of Stipulated Protective Order***, a copy of which is attached hereto and hereby served upon you.

**DATED:** July 25, 2008.       **TOYS "R" US-DELAWARE, INC.**

                By: /s/ Richard M. Hoffman
                   One of Its Attorneys

Michael Dockterman (#3121675)
Richard M. Hoffman (#6204295)
Katherine K. Ivers (#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2000
FX: (312) 201-2555

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY J. ELLIS, individually and as the representative of a class of similarly-situated persons,<br><br>                  Plaintiff,<br><br>v.<br><br>TOYS "R" US-DELAWARE, INC. and DOES 1-10,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)  No. 08 CV 2945<br>)<br>)  Judge William T. Hart<br>)  Magistrate Judge Maria G. Valdez<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

      Richard M. Hoffman, an attorney, hereby certifies that he caused a true and correct copy of the foregoing ***Notice of Motion*** and ***Defendant Toys "R" Us-Delaware, Inc.'s Agreed Motion for Entry of Stipulated Protective Order*** to be served upon Brian J. Wanca, Esq., ANDERSON & WANCA, 3701 Algonquin Road, Suite 760, Rolling Meadows, IL 60008, via electronic filing of same, on July 25, 2008.

                                                    /s/ Richard M. Hoffman
                                                     Richard M. Hoffman

Michael Dockterman (#3121675)
Richard M. Hoffman (#6204295)
Katherine K. Ivers (#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
PH: (312) 201-2000
FX: (312) 201-2555

1894674-1