UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gregory J. Ellis
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−02945
                                                      Honorable William T. Hart

Toys "R" Us−Delaware, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

MINUTE entry before the Honorable William T. Hart:Motion hearing held. Defendant's agreed motion for entry of stipulated protective order [21] is granted as modified in open court. Defendant is to submit a revised protective order.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.